NUMBER 13-01-082-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

___________________________________________________________________


WAL-MART STORES, INC. , Appellant,


v.


JERRY BRADFORD , Appellee.

___________________________________________________________________


On appeal from the 60th District Court 

of Jefferson County, Texas.

___________________________________________________________________


O P I N I O N


Before Justices Dorsey, Yañez, and Castillo

Opinion Per Curiam


Appellant, WAL-MART STORES, INC. , perfected an appeal from a judgment entered by the 60th District Court of
Jefferson County, Texas, in cause number B-148834 . After the record and appellant's brief had been filed, the parties
filed a joint motion to reverse the trial court's judgment and render a take-nothing judgment. In the motion, the parties state
that they have reached a settlement agreement in this matter. In accordance with the settlement agreement, the parties
jointly request that this Court reverse the October 10, 2000 final judgment and render judgment that Jerry Bradford take
nothing by her suit against Wal-Mart.

The Court, having examined and fully considered the documents on file and the parties' joint motion, is of the opinion that
the motion should be granted. The joint motion is granted, and the judgment of the trial court is hereby REVERSED and a
take-nothing judgment is RENDERED in accordance with the parties' settlement agreement. 

PER CURIAM



Do not publish.

Tex. R. App. P. 47.3.



Opinion delivered and filed this

the 19th day of July, 2001 .